UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROQUE DE LA FUENTE, AND ROCKY 2016 LLC | : : : | |
| Plaintiffs, | : : | Civil Action No.:   18-0336 (RC) |
| v. | : : | |
| DNC SERVICES CORPORATION, AND DEBORAH WASSERMAN SCHULTZ | : : : | |
| Defendants. | : | |

### ORDER TO SHOW CAUSE

Plaintiffs filed this civil action on February 20, 2018, and on that date the Clerk issued summonses to be served on Defendants. Plaintiffs not proceeding *in forma pauperis* are responsible for effecting service of process. *See* Fed. R. Civ. P. 4(c). It does not appear from the record that service has been effected. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

The 90-day period having run, it is hereby **ORDERED** that, on or before June 18, 2018, Plaintiffs shall **SHOW CAUSE** why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and Local Civil Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Dated: May 21, 2018                                                                                       RUDOLPH CONTRERAS
                                                                                                                         United States District Judge