## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROQUE "ROCKY" DE LA FUENTE  AND   :
5440 Morehouse Drive   :
Suite 4000   :
San Diego, CA  92121   :
   :
ROCKY 2016 LLC   :
5440 Morehouse Drive   :
Suite 4000   :
San Diego, CA  92121   :
   :
     v.   :   **Case: 1:18-cv-00336  Jury Demand**
   **Assigned To: Contreras, Rudolph**
DNC SERVICES CORPORATION, d/b/a   **Assign: Date 2/20/2018**
d/b/a DEMOCRATIC NATIONAL   **Description: Pro Se Gen. Civil (F Deck)**
COMMITTEE,   :
AND   :
430 South Capitol Street, S.E.   :
Washington, D.C. 20004   :
   :
DEBORAH WASSERMAN SCHULTZ   :
1114 Longworth House Office Building   :   **JURY TRIAL**
Washington  D.C.  20515   :   **DEMANDED**

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on May 21, 2018, he caused Paul A. Rossi,

Esq., to serve two (2) true and correct copies of the complaint filed with this Court

on February 20, 2018 and the summons issued by this Court upon Defendant

DEBORAH WASSERMAN SCHULTZ at 1114 Longworth Office Building,

Washington  D.C.  20515.

Dated:  May 21, 2018

_____
Roque "Rocky" De La Fuente
Plaintiff acting *pro se*

RECEIVED

MAY 2 1 2018

Clerk, U.S. District and
Bankruptcy Courts

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ROQUE "ROCKY" DE LA FUENTE  AND     :
5440 Morehouse Drive     :
Suite 4000     :
San Diego, CA  92121     :
  :
ROCKY 2016 LLC     :
5440 Morehouse Drive     :
Suite 4000     :
San Diego, CA  92121     :
  :
      v.     :

**Case: 1:18-cv-00336  Jury Demand**
**Assigned To: Contreras, Rudolph**
**Assign: Date 2/20/2018**
**Description: Pro Se Gen. Civil (F Deck)**

DNC SERVICES CORPORATION, d/b/a     :
d/b/a DEMOCRATIC NATIONAL     :
COMMITTEE,     :
AND     :
430 South Capitol Street, S.E.     :
Washington, D.C. 20004     :
  :
DEBORAH WASSERMAN SCHULTZ     :
1114 Longworth House Office Building     :   **JURY TRIAL**
Washington  D.C.  20515     :   **DEMANDED**

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on May 21, 2018, Paul A. Rossi, Esq., served

two (2) true and correct copies of the complaint filed with this Court on February

20, 2018 and the summons issued by this Court upon Defendant  DNC SERVICES

CORPORATION d/b/a DEMOCRATIC NATIONAL COMMITTEE at 430 South

Capitol Street, S.E. Washington  D.C.  20004.

Dated:  May 21, 2018

_____
Roque "Rocky" De La Fuente
Plaintiff acting *pro se*

RECEIVED
MAY 2 1 2018
Clerk, U.S. District and
Bankruptcy Courts