# Exhibit A

**Election Results for the U.S. President, the U.S. Senate and the U.S. House of Representatives**

# Federal Elections 2016

# FEDERAL ELECTIONS 2016

## Election Results for the U.S. President, the U.S. Senate and the U.S. House of Representatives



**Federal Election Commission**
**Washington, D.C.**
**December 2017**

**Commissioners**

Steven T. Walther, Chair
Caroline C. Hunter, Vice Chair
Lee E. Goodman
Matthew S. Petersen
Ellen L. Weintraub
(Vacant)

**Statutory Officers**

Alec Palmer, Staff Director
Lisa J. Stevenson, Acting General Counsel
(Vacant), Inspector General

Compiled by:      Federal Election Commission
                  Public Disclosure and Media Relations Division
                  Office of Communications
                  999 E Street, N.W.
                  Washington, D.C. 20463
                  800/424-9530
                  202/694-1120

Editors:          Eileen J. Leamon, Deputy Assistant Staff Director for Disclosure
                  Jason Bucelato, Senior Public Affairs Specialist

Map Design:       James Landon Jones, FEC Printing Officer

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# ALABAMA
### Primary Election: March 1, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Clinton, Hillary | | D | 309,071 | 77.88% |
| Sanders, Bernie | | D | 76,059 | 19.17% |
| Uncommitted | | D | 9,438 | 2.38% |
| O'Malley, Martin J. | | D | 1,479 | 0.37% |
| De La Fuente, Roque "Rocky" | | D | 804 | 0.20% |
| | Total Party Votes: | D | 396,851 | |
| Trump, Donald J. | | R | 373,721 | 43.42% |
| Cruz, Ted | | R | 181,479 | 21.09% |
| Rubio, Marco | | R | 160,606 | 18.66% |
| Carson, Ben | | R | 88,094 | 10.24% |
| Kasich, John R. | | R | 38,119 | 4.43% |
| Uncommitted | | R | 7,953 | 0.92% |
| Bush, Jeb | | R | 3,974 | 0.46% |
| Huckabee, Mike | | R | 2,539 | 0.30% |
| Paul, Rand | | R | 1,895 | 0.22% |
| Christie, Chris | | R | 858 | 0.10% |
| Santorum, Rick | | R | 617 | 0.07% |
| Fiorina, Carly | | R | 544 | 0.06% |
| Graham, Lindsey | | R | 253 | 0.03% |
| | Total Party Votes: | R | 860,652 | |
| | Total State Votes: | | 1,257,503 | |

# ARIZONA
### Primary Election: March 22, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Clinton, Hillary | | D | 262,459 | 56.29% |
| Sanders, Bernie | | D | 192,962 | 41.39% |
| O'Malley, Martin | | D | 3,877 | 0.83% |
| De La Fuente, Roque "Rocky" | | D | 2,797 | 0.60% |
| Steinberg, Michael | | D | 2,295 | 0.49% |
| Hewes, Henry | | D | 1,845 | 0.40% |
| | Total Party Votes: | D | 466,235 | |
| Trump, Donald | | R | 286,743 | 45.95% |
| Cruz, Ted | | R | 172,294 | 27.61% |
| Rubio, Marco | | R | 72,304 | 11.59% |
| Kasich, John | | R | 65,965 | 10.57% |
| Carson, Ben | | R | 14,940 | 2.39% |
| Bush, Jeb | | R | 4,383 | 0.70% |
| Paul, Rand | | R | 2,269 | 0.36% |
| Huckabee, Mike | | R | 1,300 | 0.21% |
| Fiorina, Carly | | R | 1,270 | 0.20% |
| Christie, Chris | | R | 988 | 0.16% |
| Santorum, Rick | | R | 523 | 0.08% |
| Graham, Lindsey | | R | 498 | 0.08% |
| Pataki, George | | R | 309 | 0.05% |
| Cook, Tim | | R | 243 | 0.04% |
| | Total Party Votes: | R | 624,029 | |
| Stein, Jill | | GRE | 696 | 81.59% |
| Mesplay, Kent | | GRE | 157 | 18.41% |
| | Total Party Votes: | GRE | 853 | |
| | Total State Votes: | | 1,091,117 | |

2016 PRESIDENTIAL PRIMARY ELECTION RESULTS

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# ARKANSAS
### Primary Election: March 1, 2016

| | | | | |
|---|---|---|---|---|
| Clinton, Hillary | | D | 146,057 | 66.08% |
| Sanders, Bernie | | D | 66,236 | 29.97% |
| O'Malley, Martin J. | | D | 2,785 | 1.26% |
| Wolfe, John | | D | 2,556 | 1.16% |
| Valentine, James | | D | 1,702 | 0.77% |
| De La Fuente, Roque "Rocky" | | D | 1,684 | 0.76% |
| | Total Party Votes: | D | 221,020 | |
| Trump, Donald J. | | R | 134,744 | 32.79% |
| Cruz, Ted | | R | 125,340 | 30.50% |
| Rubio, Marco | | R | 101,910 | 24.80% |
| Carson, Ben | | R | 23,521 | 5.72% |
| Kasich, John R. | | R | 15,305 | 3.72% |
| Huckabee, Mike | | R | 4,792 | 1.17% |
| Bush, Jeb | | R | 2,402 | 0.58% |
| Paul, Rand | | R | 1,151 | 0.28% |
| Christie, Chris | | R | 631 | 0.15% |
| Fiorina, Carly | | R | 411 | 0.10% |
| Santorum, Rick | | R | 292 | 0.07% |
| Graham, Lindsey | | R | 252 | 0.06% |
| Jindal, Bobby | | R | 169 | 0.04% |
| | Total Party Votes: | R | 410,920 | |
| | Total State Votes: | | 631,940 | |

# CALIFORNIA
### Primary Election: June 7, 2016

| | | | | |
|---|---|---|---|---|
| Clinton, Hillary | | D | 2,745,302 | 53.07% |
| Sanders, Bernie | | D | 2,381,722 | 46.04% |
| Wilson, Willie | | D | 12,014 | 0.23% |
| Steinberg, Michael | | D | 10,880 | 0.21% |
| De La Fuente, Roque "Rocky" | | D | 8,453 | 0.16% |
| Hewes, Henry | | D | 7,743 | 0.15% |
| Judd, Keith | | D | 7,201 | 0.14% |
| Basiago, Andrew D. | | W(D) | 13 | 0.00% |
| Nuñez, Ignació León | | W(D) | 6 | 0.00% |
| Carter, Willie Felix | | W(D) | 3 | 0.00% |
| Terry, Doug | | W(D) | 1 | 0.00% |
| | Total Party Votes: | D | 5,173,338 | |
| Trump, Donald | | R | 1,665,135 | 74.76% |
| Kasich, John R. | | R | 252,544 | 11.34% |
| Cruz, Ted | | R | 211,576 | 9.50% |
| Carson, Ben | | R | 82,259 | 3.69% |
| Gilmore, Jim | | R | 15,691 | 0.70% |
| Thomson, David P. | | W(R) | 35 | 0.00% |
| Breivogel, Joann | | W(R) | 15 | 0.00% |
| Dowell, John | | W(R) | 14 | 0.00% |
| Gonzales, Donald J. | | W(R) | 10 | 0.00% |
| Alexander-Pace, James | | W(R) | 7 | 0.00% |
| Vidal, Frederic | | W(R) | 6 | 0.00% |
| Williams, Victor | | W(R) | 5 | 0.00% |

(Continued on Next Page)

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# CALIFORNIA (Continued)

| | | | |
|---|---|---|---|
| Southern, Troy Hugh | W(R) | 4 | 0.00% |
| Ogle, James Orlando, III | W(R) | 3 | 0.00% |
| Germalio, James | W(R) | 2 | 0.00% |
| Total Party Votes: | R | 2,227,306 | |
| Spears, Alan | AIP | 8,103 | 19.18% |
| Harris, Arthur | AIP | 7,216 | 17.08% |
| Ornelas, Robert | AIP | 7,164 | 16.96% |
| Drake, Wiley | AIP | 5,476 | 12.96% |
| Myers, J.R. | AIP | 5,475 | 12.96% |
| Hedges, James | AIP | 4,462 | 10.56% |
| Hoefling, Thomas | AIP | 4,345 | 10.29% |
| Total Party Votes: | AIP | 42,241 | 100.00% |
| Stein, Jill | GRE | 11,207 | 76.24% |
| Cherney, Darryl | GRE | 1,475 | 10.03% |
| Moyowasifsa-Curry, Sedinam | GRE | 839 | 5.71% |
| Kreml, William | GRE | 595 | 4.05% |
| Mesplay, Kent | GRE | 584 | 3.97% |
| Total Party Votes: | GRE | 14,700 | |
| Johnson, Gary | LIB | 19,294 | 61.87% |
| McAfee, John | LIB | 3,139 | 10.07% |
| Petersen, Austin | LIB | 1,853 | 5.94% |
| Feather Smith, Rhett White | LIB | 1,531 | 4.91% |
| Waymire, Joy | LIB | 932 | 2.99% |
| Hale, John | LIB | 873 | 2.80% |
| Feldman, Marc | LIB | 867 | 2.78% |
| Robinson, Jack, Jr. | LIB | 739 | 2.37% |
| Kerbel, Steve | LIB | 556 | 1.78% |
| Perry, Darryl W. | LIB | 521 | 1.67% |
| Reid, Derrick M. | LIB | 462 | 1.48% |
| Ince, Cecil | LIB | 417 | 1.34% |
| Total Party Votes: | LIB | 31,184 | |
| La Riva, Gloria Estela | PAF | 2,475 | 49.47% |
| Moorehead, Monica | PAF | 1,487 | 29.72% |
| Kahn, Lynn S. | PAF | 1,041 | 20.81% |
| Total Party Votes: | PAF | 5,003 | |
| Total State Votes: | | 7,493,772 | |

# CONNECTICUT

### Primary Election: April 26, 2016

| | | | |
|---|---|---|---|
| Clinton, Hillary | D | 170,045 | 51.80% |
| Sanders, Bernie | D | 152,379 | 46.42% |
| Uncommitted | D | 4,871 | 1.48% |
| De La Fuente, Roque "Rocky" | D | 960 | 0.29% |
| Total Party Votes: | D | 328,255 | |
| Trump, Donald | R | 123,523 | 57.86% |
| Kasich, John | R | 60,522 | 28.35% |
| Cruz, Ted | R | 24,987 | 11.70% |
| Uncommitted | R | 2,728 | 1.28% |
| Carson, Ben | R | 1,733 | 0.81% |
| Total Party Votes: | R | 213,493 | |
| Total State Votes: | | 541,748 | |

2016 PRESIDENTIAL PRIMARY ELECTION RESULTS

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|

# DELAWARE
### Primary Election: April 26, 2016

| Clinton, Hillary | | D | 55,954 | 59.75% |
|---|---|---|---|---|
| Sanders, Bernie | | D | 36,662 | 39.15% |
| De La Fuente, Roque "Rocky" | | D | 1,024 | 1.09% |
| | Total Party Votes: | D | 93,640 | |
| Trump, Donald J. | | R | 42,472 | 60.77% |
| Kasich, John R. | | R | 14,225 | 20.35% |
| Cruz, Ted | | R | 11,110 | 15.90% |
| Carson, Ben | | R | 885 | 1.27% |
| Rubio, Marco | | R | 622 | 0.89% |
| Bush, Jeb | | R | 578 | 0.83% |
| | Total Party Votes: | R | 69,892 | |
| | Total State Votes: | | 163,532 | |

# DISTRICT OF COLUMBIA
### Primary Election: June 14, 2016

| Clinton, Hillary | | D | 76,704 | 78.46% |
|---|---|---|---|---|
| Sanders, Bernie | | D | 20,361 | 20.83% |
| Scattered | | D | 485 | 0.50% |
| De La Fuente, Roque "Rocky" | | D | 213 | 0.22% |
| | Total Party Votes: | D | 97,763 | |
| | Total Votes: | | 97,763 | |

# FLORIDA
### Primary Election: March 15, 2016

| Clinton, Hillary | | D | 1,101,414 | 64.44% |
|---|---|---|---|---|
| Sanders, Bernie | | D | 568,839 | 33.28% |
| O'Malley, Martin J. | | D | 38,930 | 2.28% |
| | Total Party Votes: | D | 1,709,183 | |
| Trump, Donald J. | | R | 1,079,870 | 45.72% |
| Rubio, Marco | | R | 638,661 | 27.04% |
| Cruz, Ted | | R | 404,891 | 17.14% |
| Kasich, John R. | | R | 159,976 | 6.77% |
| Bush, Jeb | | R | 43,511 | 1.84% |
| Carson, Ben | | R | 21,207 | 0.90% |
| Paul, Rand | | R | 4,450 | 0.19% |
| Huckabee, Mike | | R | 2,624 | 0.11% |
| Christie, Chris | | R | 2,493 | 0.11% |
| Fiorina, Carly | | R | 1,899 | 0.08% |
| Santorum, Rick | | R | 1,211 | 0.05% |
| Graham, Lindsey | | R | 693 | 0.03% |
| Gilmore, Jim | | R | 319 | 0.01% |
| | Total Party Votes: | R | 2,361,805 | |
| | Total State Votes: | | 4,070,988 | |

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|

## GEORGIA
### Primary Election: March 1, 2016

| | | | | |
|---|---|---|---|---|
| Clinton, Hillary | | D | 545,674 | 71.30% |
| Sanders, Bernie | | D | 215,797 | 28.20% |
| O'Malley, Martin | | D | 2,129 | 0.28% |
| Steinberg, Michael | | D | 1,766 | 0.23% |
| | Total Party Votes: | D | 765,366 | |
| Trump, Donald J. | | R | 502,994 | 38.81% |
| Rubio, Marco | | R | 316,836 | 24.45% |
| Cruz, Ted | | R | 305,847 | 23.60% |
| Carson, Ben | | R | 80,723 | 6.23% |
| Kasich, John R. | | R | 72,508 | 5.59% |
| Bush, Jeb | | R | 7,686 | 0.59% |
| Paul, Rand | | R | 2,910 | 0.22% |
| Huckabee, Mike | | R | 2,625 | 0.20% |
| Christie, Chris | | R | 1,486 | 0.11% |
| Fiorina, Carly | | R | 1,146 | 0.09% |
| Santorum, Rick | | R | 539 | 0.04% |
| Graham, Lindsey | | R | 428 | 0.03% |
| Pataki, George | | R | 236 | 0.02% |
| | Total Party Votes: | R | 1,295,964 | |
| | Total State Votes: | | 2,061,330 | |

## IDAHO
### Primary Election: March 8, 2016

| | | | | |
|---|---|---|---|---|
| Cruz, Ted | | R | 100,889 | 45.44% |
| Trump, Donald J. | | R | 62,413 | 28.11% |
| Rubio, Marco | | R | 35,290 | 15.90% |
| Kasich, John R. | | R | 16,514 | 7.44% |
| Carson, Ben | | R | 3,853 | 1.74% |
| Bush, Jeb | | R | 939 | 0.42% |
| Paul, Rand | | R | 834 | 0.38% |
| Huckabee, Mike | | R | 358 | 0.16% |
| Christie, Chris | | R | 353 | 0.16% |
| Fiorina, Carly | | R | 242 | 0.11% |
| Santorum, Rick | | R | 211 | 0.10% |
| Graham, Lindsey | | R | 80 | 0.04% |
| Messina, Peter | | R | 28 | 0.01% |
| | Total Party Votes: | R | 222,004 | |
| Copeland, Scott | | CON | 250 | 51.55% |
| Myers, J.R. | | CON | 139 | 28.66% |
| Ockander, Patrick Anthony | | CON | 96 | 19.79% |
| | Total Party Votes: | CON | 485 | |
| | Total State Votes: | | 222,489 | |

# 2016 PRESIDENTIAL PRIMARY ELECTION RESULTS

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# ILLINOIS
### Primary Election: March 15, 2016

| Candidate | Party | # of Votes | % |
|---|---|---|---|
| Clinton, Hillary | D | 1,039,555 | 50.56% |
| Sanders, Bernie | D | 999,494 | 48.61% |
| Wilson, Wille L. | D | 6,565 | 0.32% |
| O'Malley, Martin J. | D | 6,197 | 0.30% |
| Cohen, Larry (Lawrence) | D | 2,407 | 0.12% |
| De La Fuente, Roque "Rocky" | D | 1,802 | 0.09% |
| Formhals, David | W(D) | 25 | 0.00% |
| O'Neill, Brian | W(D) | 2 | 0.00% |
| Total Party Votes: | D | 2,056,047 | |
| Trump, Donald J. | R | 562,464 | 38.80% |
| Cruz, Ted | R | 438,235 | 30.23% |
| Kasich, John R. | R | 286,118 | 19.74% |
| Rubio, Marco | R | 126,681 | 8.74% |
| Carson, Ben | R | 11,469 | 0.79% |
| Bush, Jeb | R | 11,188 | 0.77% |
| Paul, Rand | R | 4,718 | 0.33% |
| Christie, Chris | R | 3,428 | 0.24% |
| Huckabee, Mike | R | 2,737 | 0.19% |
| Fiorina, Carly | R | 1,540 | 0.11% |
| Santorum, Rick | R | 1,154 | 0.08% |
| Breivogel, Joann | W(R) | 16 | 0.00% |
| Total Party Votes: | R | 1,449,748 | |
| Total State Votes: | | 3,505,795 | |

# INDIANA
### Primary Election: May 3, 2016

| Candidate | Party | # of Votes | % |
|---|---|---|---|
| Sanders, Bernie | D | 335,074 | 52.46% |
| Clinton, Hillary | D | 303,705 | 47.54% |
| Total Party Votes: | D | 638,779 | |
| Trump, Donald J. | R | 591,514 | 53.26% |
| Cruz, Ted | R | 406,783 | 36.63% |
| Kasich, John R. | R | 84,111 | 7.57% |
| Carson, Ben | R | 8,914 | 0.80% |
| Bush, Jeb | R | 6,508 | 0.59% |
| Rubio, Marco | R | 5,175 | 0.47% |
| Paul, Rand | R | 4,306 | 0.39% |
| Christie, Chris | R | 1,738 | 0.16% |
| Fiorina, Carly | R | 1,494 | 0.13% |
| Total Party Votes: | R | 1,110,543 | |
| Total State Votes: | | 1,749,322 | |

# KENTUCKY
### Primary Election: May 17, 2016

| Candidate | Party | # of Votes | % |
|---|---|---|---|
| Clinton, Hillary | D | 212,534 | 46.76% |
| Sanders, Bernard "Bernie" | D | 210,623 | 46.34% |
| "Uncommitted" | D | 24,101 | 5.30% |
| O'Malley, Martin J. | D | 5,713 | 1.26% |
| De La Fuente, Roque Rocky | D | 1,594 | 0.35% |
| Total Party Votes: | D | 454,565 | |
| Total State Votes: | | 454,565 | |

**2016 PRESIDENTIAL PRIMARY ELECTION RESULTS**

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# LOUISIANA

### Primary Election: March 5, 2016

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|
| Clinton, Hillary | D | 221,733 | 71.12% |
| Sanders, "Bernie" | D | 72,276 | 23.18% |
| Burke, Steve | D | 4,785 | 1.53% |
| Wolfe, John | D | 4,512 | 1.45% |
| O'Malley, Martin J. | D | 2,550 | 0.82% |
| Wilson, Willie L. | D | 1,423 | 0.46% |
| Judd, Keith | D | 1,357 | 0.44% |
| De La Fuente, Roque "Rocky" | D | 1,341 | 0.43% |
| Steinberg, Michael A. | D | 993 | 0.32% |
| Hewes, Henry | D | 806 | 0.26% |
| Total Party Votes: | D | 311,776 | |
| Trump, Donald J. | R | 124,854 | 41.45% |
| Cruz, "Ted" | R | 113,968 | 37.83% |
| Rubio, Marco | R | 33,813 | 11.22% |
| Kasich, John R. | R | 19,359 | 6.43% |
| Carson, "Ben" | R | 4,544 | 1.51% |
| Bush, "Jeb" | R | 2,145 | 0.71% |
| Paul, "Rand" | R | 670 | 0.22% |
| Huckabee, "Mike" | R | 645 | 0.21% |
| Christie, "Chris" | R | 401 | 0.13% |
| Fiorina, "Carly" | R | 243 | 0.08% |
| Cook, Timothy "Tim" | R | 219 | 0.07% |
| Santorum, "Rick" | R | 180 | 0.06% |
| Graham, Lindsey | R | 152 | 0.05% |
| Messina, Peter | R | 48 | 0.02% |
| Total Party Votes: | R | 301,241 | |
| Total State Votes: | | 613,017 | |

# MARYLAND

### Primary Election: April 26, 2016

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|
| Clinton, Hillary | D | 573,242 | 62.53% |
| Sanders, Bernie | D | 309,990 | 33.81% |
| Uncommitted | D | 29,949 | 3.27% |
| De La Fuente, Roque "Rocky" | D | 3,582 | 0.39% |
| Total Party Votes: | D | 916,763 | |
| Trump, Donald J. | R | 248,343 | 54.10% |
| Kasich, John R. | R | 106,614 | 23.22% |
| Cruz, Ted | R | 87,093 | 18.97% |
| Carson, Ben | R | 5,946 | 1.30% |
| Rubio, Marco | R | 3,201 | 0.70% |
| Bush, Jeb | R | 2,770 | 0.60% |
| Paul, Rand | R | 1,533 | 0.33% |
| Christie, Chris | R | 1,239 | 0.27% |
| Fiorina, Carly | R | 1,012 | 0.22% |
| Huckabee, Mike | R | 837 | 0.18% |
| Santorum, Rick | R | 478 | 0.10% |
| Total Party Votes: | R | 459,066 | |
| Total State Votes: | | 1,375,829 | |

# 2016 PRESIDENTIAL PRIMARY ELECTION RESULTS

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# MASSACHUSETTS
### Primary Election: March 1, 2016

| | | | |
|---|---|---|---|
| Clinton, Hillary | D | 606,822 | 49.90% |
| Sanders, Bernie | D | 589,803 | 48.50% |
| No Preference | D | 8,090 | 0.67% |
| All Others | W(D) | 4,927 | 0.41% |
| O'Malley, Martin | D | 4,783 | 0.39% |
| De La Fuente, Roque "Rocky" | D | 1,545 | 0.13% |
| Total Party Votes: | D | 1,215,970 | |
| Trump, Donald J. | R | 312,425 | 49.10% |
| Kasich, John R. | R | 114,434 | 17.99% |
| Rubio, Marco | R | 113,170 | 17.79% |
| Cruz, Ted | R | 60,592 | 9.52% |
| Carson, Ben | R | 16,360 | 2.57% |
| Bush, Jeb | R | 6,559 | 1.03% |
| No Preference | R | 3,220 | 0.51% |
| All Others | W(R) | 2,325 | 0.37% |
| Christie, Chris | R | 1,906 | 0.30% |
| Paul, Rand | R | 1,864 | 0.29% |
| Fiorina, Carly | R | 1,153 | 0.18% |
| Gilmore, Jim | R | 753 | 0.12% |
| Huckabee, Mike | R | 709 | 0.11% |
| Pataki, George | R | 500 | 0.08% |
| Santorum, Rick | R | 293 | 0.05% |
| Total Party Votes: | R | 636,263 | |
| Stein, Jill | GR | 768 | 48.12% |
| All Others | W(GR) | 436 | 27.32% |
| No Preference | GR | 199 | 12.47% |
| Curry, Sedinam Kinamo Christin Moyowasifza | GR | 78 | 4.89% |
| Cherney, Darryl | GR | 54 | 3.38% |
| Mesplay, Kent | GR | 37 | 2.32% |
| Kreml, William P. | GR | 24 | 1.50% |
| Total Party Votes: | GR | 1,596 | |
| Total State Votes: | | 1,853,829 | |

# 2016 PRESIDENTIAL PRIMARY ELECTION RESULTS

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|

## MICHIGAN

### Primary Election: March 8, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Sanders, Bernie | | D | 598,943 | 49.68% |
| Clinton, Hillary | | D | 581,775 | 48.26% |
| Uncommitted | | D | 21,601 | 1.79% |
| O'Malley, Martin | | D | 2,363 | 0.20% |
| De La Fuente, Roque Rocky | | D | 870 | 0.07% |
| | Total Party Votes: | D | 1,205,552 | |
| Trump, Donald J. | | R | 483,753 | 36.55% |
| Cruz, Ted | | R | 326,617 | 24.68% |
| Kasich, John | | R | 321,115 | 24.26% |
| Rubio, Marco | | R | 123,587 | 9.34% |
| Uncommitted | | R | 22,824 | 1.72% |
| Carson, Ben | | R | 21,349 | 1.61% |
| Bush, Jeb | | R | 10,685 | 0.81% |
| Paul, Rand | | R | 3,774 | 0.29% |
| Christie, Chris | | R | 3,116 | 0.24% |
| Huckabee, Mike | | R | 2,603 | 0.20% |
| Santorum, Rick | | R | 1,722 | 0.13% |
| Fiorina, Carly | | R | 1,415 | 0.11% |
| Pataki, George | | R | 591 | 0.04% |
| Graham, Lindsey | | R | 438 | 0.03% |
| | Total Party Votes: | R | 1,323,589 | |
| | Total State Votes: | | 2,529,141 | |

## MISSISSIPPI

### Primary Election: March 8, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Clinton, Hillary | | D | 187,334 | 82.47% |
| Sanders, Bernie | | D | 37,748 | 16.62% |
| Wilson, Willie | | W(D) | 919 | 0.40% |
| O'Malley, Martin | | D | 672 | 0.30% |
| De La Fuente, Roque "Rocky" | | D | 481 | 0.21% |
| Scattered | | W(D) | 10 | 0.00% |
| | Total Party Votes: | D | 227,164 | |
| Trump, Donald J. | | R | 196,659 | 47.24% |
| Cruz, Ted | | R | 150,364 | 36.12% |
| Kasich, John R. | | R | 36,795 | 8.84% |
| Rubio, Marco | | R | 21,885 | 5.26% |
| Carson, Ben | | R | 5,626 | 1.35% |
| Bush, Jeb | | R | 1,697 | 0.41% |
| Huckabee, Mike | | R | 1,067 | 0.26% |
| Paul, Rand | | R | 643 | 0.15% |
| Santorum, Rick | | R | 510 | 0.12% |
| Christie, Chris | | R | 493 | 0.12% |
| Fiorina, Carly | | R | 224 | 0.05% |
| Graham, Lindsey | | R | 172 | 0.04% |
| Pataki, George | | R | 135 | 0.03% |
| | Total Party Votes: | R | 416,270 | |
| | Total State Votes: | | 643,434 | |

**2016 PRESIDENTIAL PRIMARY ELECTION RESULTS**

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# MISSOURI

### Primary Election: March 15, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Clinton, Hillary | | D | 312,285 | 49.61% |
| Sanders, Bernie | | D | 310,711 | 49.36% |
| Uncommitted | | D | 3,717 | 0.59% |
| Hewes, Henry | | D | 650 | 0.10% |
| O'Malley, Martin J. | | D | 442 | 0.07% |
| Adams, Jon | | D | 433 | 0.07% |
| De La Fuente, Roque "Rocky" | | D | 345 | 0.05% |
| Wilson, Willie L. | | D | 307 | 0.05% |
| Judd, Keith | | D | 288 | 0.05% |
| Wolfe, John | | D | 247 | 0.04% |
| | Total Party Votes: | D | 629,425 | |
| Trump, Donald J. | | R | 383,631 | 40.84% |
| Cruz, Ted | | R | 381,666 | 40.63% |
| Kasich, John R. | | R | 94,857 | 10.10% |
| Rubio, Marco | | R | 57,244 | 6.09% |
| Carson, Ben | | R | 8,233 | 0.88% |
| Bush, Jeb | | R | 3,361 | 0.36% |
| Uncommitted | | R | 3,225 | 0.34% |
| Huckabee, Mike | | R | 2,148 | 0.23% |
| Paul, Rand | | R | 1,777 | 0.19% |
| Christie, Chris | | R | 1,681 | 0.18% |
| Santorum, Rick | | R | 732 | 0.08% |
| Fiorina, Carly | | R | 615 | 0.07% |
| Lynch, Jim | | R | 100 | 0.01% |
| | Total Party Votes: | R | 939,270 | |
| Uncommitted | | LIB | 1,183 | 40.61% |
| Petersen, Austin | | LIB | 854 | 29.32% |
| Kerbel, Steven Elliott (Steve) | | LIB | 401 | 13.77% |
| Feldman, Marc Allan | | LIB | 242 | 8.31% |
| Ince, Cecil | | LIB | 134 | 4.60% |
| Smith, Rhett Rosenquest | | LIB | 99 | 3.40% |
| | Total Party Votes: | LIB | 2,913 | |
| Uncommitted | | CON | 691 | 100.00% |
| | Total Party Votes: | CON | 691 | |
| | Total State Votes: | | 1,572,299 | |

**2016 PRESIDENTIAL PRIMARY ELECTION RESULTS**

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# MONTANA
### Primary Election: June 7, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Sanders, Bernie | | D | 65,156 | 51.56% |
| Clinton, Hillary | | D | 55,805 | 44.16% |
| No Preference | | D | 5,415 | 4.28% |
| Scattered | | W(D) | 3 | 0.00% |
| | Total Party Votes: | D | 126,379 | |
| Trump, Donald J. | | R | 115,594 | 73.68% |
| Cruz, Ted | | R | 14,682 | 9.36% |
| Kasich, John R. | | R | 10,777 | 6.87% |
| No Preference | | R | 7,369 | 4.70% |
| Rubio, Marco | | R | 5,192 | 3.31% |
| Bush, Jeb | | R | 3,274 | 2.09% |
| Scattered | | W(R) | 6 | 0.00% |
| | Total Party Votes: | R | 156,894 | |
| | Total State Votes: | | 283,273 | |

# NEBRASKA
### Primary Election: May 10, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Clinton, Hillary | | D | 42,692 | 53.08% |
| Sanders, Bernie | | D | 37,744 | 46.92% |
| | Total Party Votes: | D | 80,436 | |
| Trump, Donald J. | | R | 122,327 | 61.47% |
| Cruz, Ted | | R | 36,703 | 18.44% |
| Kasich, John R. | | R | 22,709 | 11.41% |
| Carson, Ben | | R | 10,016 | 5.03% |
| Rubio, Marco | | R | 7,233 | 3.63% |
| | Total Party Votes: | R | 198,988 | |
| Johnson, Gary | | LIB | 379 | 52.71% |
| Petersen, Austin | | LIB | 135 | 18.78% |
| McAfee, John | | LIB | 123 | 17.11% |
| Feldman, Marc | | LIB | 47 | 6.54% |
| Kerbel, Steve | | LIB | 35 | 4.87% |
| | Total Party Votes: | LIB | 719 | |
| | Total State Votes: | | 280,143 | |

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# New Hampshire
### Primary Election: January 9, 2016

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|
| Sanders, Bernie | D | 152,193 | 60.14% |
| Clinton, Hillary | D | 95,355 | 37.68% |
| Trump, Donald J. | W(D) | 1,795 | 0.71% |
| O'Malley, Martin J. | D | 667 | 0.26% |
| Kasich, John R. | W(D) | 438 | 0.17% |
| Supreme, Vermin | D | 268 | 0.11% |
| Bush, Jeb | W(D) | 263 | 0.10% |
| Thistle, David John | D | 226 | 0.09% |
| Christie, Chris | W(D) | 216 | 0.09% |
| Rubio, Marco | W(D) | 203 | 0.08% |
| Cruz, Ted | W(D) | 162 | 0.06% |
| Schwass, Graham | D | 143 | 0.06% |
| Scattered | W(D) | 131 | 0.05% |
| Burke, Steve | D | 108 | 0.04% |
| Fiorina, Carly | W(D) | 99 | 0.04% |
| De La Fuente, Roque "Rocky" | D | 96 | 0.04% |
| Wolfe, John | D | 54 | 0.02% |
| Adams, Jon | D | 53 | 0.02% |
| Carson, Ben | W(D) | 52 | 0.02% |
| Kelso, Lloyd | D | 46 | 0.02% |
| Judd, Keith | D | 44 | 0.02% |
| Biden, Joe | W(D) | 36 | 0.01% |
| Elbot, Eric | D | 36 | 0.01% |
| Locke, Star | D | 33 | 0.01% |
| French, Bill | D | 29 | 0.01% |
| Greenstein, Mark Stewart | D | 29 | 0.01% |
| Bloomberg, Michael | W(D) | 26 | 0.01% |
| O'Donnell, Edward T., Jr. | D | 26 | 0.01% |
| Valentine, James | D | 24 | 0.01% |
| Lovitt, Robert | D | 22 | 0.01% |
| Steinberg, Michael A. | D | 21 | 0.01% |
| McGaughey, William H., Jr. | D | 19 | 0.01% |
| Hewes, Henry | D | 18 | 0.01% |
| Sonnino, Edward | D | 17 | 0.01% |
| Lipscomb, Steven Roy | D | 15 | 0.01% |
| Sloan, Sam | D | 15 | 0.01% |
| Hutton, Brock C. | D | 14 | 0.01% |
| Paul, Rand | W(D) | 12 | 0.00% |
| Johnson, Gary | W(D) | 9 | 0.00% |
| Moroz, Raymond Michael | D | 8 | 0.00% |
| Weil, Richard Lyons | D | 8 | 0.00% |
| Gilmore, Jim | W(D) | 6 | 0.00% |
| Stein, Jill | W(D) | 4 | 0.00% |
| Webb, Jim | W(D) | 4 | 0.00% |
| Lessig, Lawrence | W(D) | 3 | 0.00% |
| Romney, Mitt | W(D) | 3 | 0.00% |
| Warren, Elizabeth | W(D) | 3 | 0.00% |
| Brady, Tom | W(D) | 2 | 0.00% |

(Continued on Next Page)

# 2016 PRESIDENTIAL PRIMARY ELECTION RESULTS

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

## NEW HAMPSHIRE (Continued)

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|
| Bush, George | W(D) | 2 | 0.00% |
| Cruise, Tom | W(D) | 2 | 0.00% |
| Huckabee, Mike | W(D) | 2 | 0.00% |
| Murray, Bill | W(D) | 2 | 0.00% |
| Total Party Votes: | D | 253,062 | |
| Trump, Donald J. | R | 100,735 | 35.23% |
| Kasich, John R. | R | 44,932 | 15.72% |
| Cruz, Ted | R | 33,244 | 11.63% |
| Bush, Jeb | R | 31,341 | 10.96% |
| Rubio, Marco | R | 30,071 | 10.52% |
| Christie, Chris | R | 21,089 | 7.38% |
| Fiorina, Carly | R | 11,774 | 4.12% |
| Carson, Ben | R | 6,527 | 2.28% |
| Sanders, Bernie | W(R) | 2,095 | 0.73% |
| Paul, Rand | R | 1,930 | 0.68% |
| Clinton, Hillary | W(R) | 540 | 0.19% |
| Huckabee, Mike | R | 216 | 0.08% |
| Martin, Andy | R | 202 | 0.07% |
| Scattered | W(R) | 170 | 0.06% |
| Santorum, Rick | R | 160 | 0.06% |
| Gilmore, Jim | R | 134 | 0.05% |
| Witz, Richard P.H. | R | 104 | 0.04% |
| Pataki, George | R | 79 | 0.03% |
| Graham, Lindsey | R | 73 | 0.03% |
| Cullison, Brooks A. | R | 56 | 0.02% |
| Cook, Tim | R | 55 | 0.02% |
| Jindal, Bobby | R | 53 | 0.02% |
| Lynch, Frank | R | 47 | 0.02% |
| Robinson, Joe | R | 44 | 0.02% |
| Johnson, Gary | W(R) | 33 | 0.01% |
| Comley, Stephen B., Sr. | R | 32 | 0.01% |
| Bloomberg, Michael | W(R) | 24 | 0.01% |
| Romney, Mitt | W(R) | 23 | 0.01% |
| Supreme, Vermin | W(R) | 18 | 0.01% |
| Paul, Ron | W(R) | 17 | 0.01% |
| Prag, Chomi | R | 16 | 0.01% |
| Dyas, J. Daniel, Sr. | R | 15 | 0.01% |
| McCarthy, Stephen John | R | 12 | 0.00% |
| Iwachiw, Walter N. | R | 9 | 0.00% |
| Huey, Kevin Glenn | R | 8 | 0.00% |
| Drozd, Matt | R | 6 | 0.00% |
| Mann, Robert L. | R | 5 | 0.00% |
| Messina, Peter | R | 5 | 0.00% |
| Biden, Joe | W(R) | 4 | 0.00% |
| O'Malley, Martin J. | W(R) | 4 | 0.00% |
| Romney, Mitt | W(R) | 3 | 0.00% |
| Brady, Tom | W(R) | 2 | 0.00% |
| Hall, James | W(R) | 2 | 0.00% |

(Continued on Next Page)

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

## NEW HAMPSHIRE (Continued)

| | | | |
|---|---|---|---|
| Lafond, Steven M. | W(R) | 2 | 0.00% |
| Perry, Darryl | W(R) | 2 | 0.00% |
| Ryan, Paul | W(R) | 2 | 0.00% |
| Hewes, Henry | W(R) | 1 | 0.00% |
| Kelso, Lloyd | W(R) | 1 | 0.00% |
| Total Party Votes: | R | 285,917 | |
| Total State Votes: | | 538,979 | |

## NEW JERSEY
### Primary Election: June 7, 2016

| | | | |
|---|---|---|---|
| Clinton, Hillary | D | 566,247 | 63.32% |
| Sanders, Bernie | D | 328,058 | 36.68% |
| Total Party Votes: | D | 894,305 | |
| Trump, Donald J. | R | 360,212 | 80.41% |
| Kasich, John R. | R | 59,866 | 13.36% |
| Cruz, Ted | R | 27,874 | 6.22% |
| Total Party Votes: | R | 447,952 | |
| Total State Votes: | | 1,342,257 | |

## NEW MEXICO
### Primary Election: June 7, 2016

| | | | |
|---|---|---|---|
| Clinton, Hillary Rodham | D | 111,334 | 51.53% |
| Sanders, Bernard | D | 104,741 | 48.47% |
| Total Party Votes: | D | 216,075 | |
| Trump, Donald J. | R | 73,908 | 70.64% |
| Cruz, Ted | R | 13,925 | 13.31% |
| Kasich, John R. | R | 7,925 | 7.57% |
| Carson, Benjamin S. | R | 3,830 | 3.66% |
| Bush, Jeb | R | 3,531 | 3.37% |
| Fiorina, Carly | R | 1,508 | 1.44% |
| Total Party Votes: | R | 104,627 | |
| Total State Votes: | | 320,702 | |

## NEW YORK
### Primary Election: April 19, 2016

| | | | |
|---|---|---|---|
| Clinton, Hillary | D | 1,133,980 | 58.03% |
| Sanders, Bernie | D | 820,256 | 41.97% |
| Total Party Votes: | D | 1,954,236 | |
| Trump, Donald J. | R | 554,522 | 60.16% |
| Kasich, John R. | R | 231,166 | 25.08% |
| Cruz, Ted | R | 136,083 | 14.76% |
| Total Party Votes: | R | 921,771 | |
| Total State Votes: | | 2,876,007 | |

# 2016 PRESIDENTIAL PRIMARY ELECTION RESULTS

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|

## NORTH CAROLINA
### Primary Election: March 15, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Clinton, Hillary | | D | 622,915 | 54.50% |
| Sanders, Bernie | | D | 467,018 | 40.86% |
| No Preference | | D | 37,485 | 3.28% |
| O'Malley, Martin | | D | 12,122 | 1.06% |
| De La Fuente, Roque "Rocky" | | D | 3,376 | 0.30% |
| | Total Party Votes: | D | 1,142,916 | |
| Trump, Donald J. | | R | 462,413 | 40.23% |
| Cruz, Ted | | R | 422,621 | 36.76% |
| Kasich, John R. | | R | 145,659 | 12.67% |
| Rubio, Marco | | R | 88,907 | 7.73% |
| Carson, Ben | | R | 11,019 | 0.96% |
| No Preference | | R | 6,081 | 0.53% |
| Bush, Jeb | | R | 3,893 | 0.34% |
| Huckabee, Mike | | R | 3,071 | 0.27% |
| Paul, Rand | | R | 2,753 | 0.24% |
| Christie, Chris | | R | 1,256 | 0.11% |
| Fiorina, Carly | | R | 929 | 0.08% |
| Santorum, Rick | | R | 663 | 0.06% |
| Gilmore, Jim | | R | 265 | 0.02% |
| | Total Party Votes: | R | 1,149,530 | |
| Johnson, Gary | | LIB | 2,414 | 41.48% |
| No Preference | | LIB | 2,067 | 35.52% |
| Hale, John David | | LIB | 329 | 5.65% |
| Waymire, Barbara Joy | | LIB | 268 | 4.61% |
| Petersen, Austin | | LIB | 189 | 3.25% |
| Perry, Darryl W | | LIB | 118 | 2.03% |
| Kerbel, Steven Elliott (Steve) | | LIB | 109 | 1.87% |
| Reid, Derrick Michael | | LIB | 74 | 1.27% |
| Ince, Cecil | | LIB | 72 | 1.24% |
| Robinson, Jack B., Jr. | | LIB | 70 | 1.20% |
| Feldman, Marc Allan | | LIB | 66 | 1.13% |
| Smith, Rhett Rosenquest | | LIB | 43 | 0.74% |
| | Total Party Votes: | LIB | 5,819 | |
| | Total State Votes: | | 2,298,265 | |

**2016 PRESIDENTIAL PRIMARY ELECTION RESULTS**

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|

# OHIO
### Primary Election: March 15, 2016

| Candidate | | Party | # of Votes | % |
|---|---|---|---|---|
| Clinton, Hillary | | D | 696,681 | 56.12% |
| Sanders, Bernie | | D | 535,395 | 43.13% |
| De La Fuente, Roque "Rocky" | | D | 9,402 | 0.76% |
| | Total Party Votes: | D | 1,241,478 | |
| Kasich, John R. | | R | 933,886 | 46.95% |
| Trump, Donald J. | | R | 713,404 | 35.87% |
| Cruz, Ted | | R | 264,640 | 13.31% |
| Rubio, Marco | | R | 46,478 | 2.34% |
| Carson, Ben | | R | 14,351 | 0.72% |
| Bush, Jeb | | R | 5,398 | 0.27% |
| Huckabee, Mike | | R | 4,941 | 0.25% |
| Christie, Chris | | R | 2,430 | 0.12% |
| Fiorina, Carly | | R | 2,112 | 0.11% |
| Santorum, Rick | | R | 1,320 | 0.07% |
| | Total Party Votes: | R | 1,988,960 | |
| | Total State Votes: | | 3,230,438 | |

# OKLAHOMA
### Primary Election: March 1, 2016

| Candidate | | Party | # of Votes | % |
|---|---|---|---|---|
| Sanders, Bernie | | D | 174,228 | 51.88% |
| Clinton, Hillary | | D | 139,443 | 41.52% |
| O'Malley, Martin J. | | D | 7,672 | 2.28% |
| Judd, Keith | | D | 4,386 | 1.31% |
| Steinberg, Michael A. | | D | 4,171 | 1.24% |
| Locke, Star | | D | 3,458 | 1.03% |
| De La Fuente, Roque "Rocky" | | D | 2,485 | 0.74% |
| | Total Party Votes: | D | 335,843 | |
| Cruz, Ted | | R | 158,078 | 34.37% |
| Trump, Donald J. | | R | 130,267 | 28.32% |
| Rubio, Marco | | R | 119,633 | 26.01% |
| Carson, Ben | | R | 28,601 | 6.22% |
| Kasich, John R. | | R | 16,524 | 3.59% |
| Bush, Jeb | | R | 2,091 | 0.45% |
| Paul, Rand | | R | 1,666 | 0.36% |
| Huckabee, Mike | | R | 1,308 | 0.28% |
| Fiorina, Carly | | R | 610 | 0.13% |
| Christie, Chris | | R | 545 | 0.12% |
| Santorum, Rick | | R | 375 | 0.08% |
| Graham, Lindsey | | R | 224 | 0.05% |
| | Total Party Votes: | R | 459,922 | |
| | Total State Votes: | | 795,765 | |

**2016 PRESIDENTIAL PRIMARY ELECTION RESULTS**

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|

# OREGON
### Primary Election: May 17, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Sanders, Bernie | | D | 360,829 | 56.24% |
| Clinton, Hillary | | D | 269,846 | 42.06% |
| Miscellaneous | | W(D) | 10,920 | 1.70% |
| | Total Party Votes: | D | 641,595 | |
| Trump, Donald J. | | R | 252,748 | 64.16% |
| Cruz, Ted | | R | 65,513 | 16.63% |
| Kasich, John R. | | R | 62,248 | 15.80% |
| Miscellaneous | | W(R) | 13,411 | 3.40% |
| | Total Party Votes: | R | 393,920 | |
| Miscellaneous | | W(IP) | 15,017 | 63.06% |
| Trump, Donald J. | | W(IP) | 8,795 | 36.94% |
| | Total Party Votes: | IP | 23,812 | |
| | Total State Votes: | | 1,059,327 | |

# PENNSYLVANIA
### Primary Election: April 26, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Clinton, Hillary | | D | 935,107 | 54.69% |
| Sanders, Bernie | | D | 731,881 | 42.81% |
| Scattered | | W(D) | 18,688 | 1.09% |
| De La Fuente, Roque Rocky | | D | 14,439 | 0.84% |
| Trump, Donald J. | | W(D) | 9,684 | 0.57% |
| | Total Party Votes: | D | 1,709,799 | |
| Trump, Donald J. | | R | 902,593 | 56.38% |
| Cruz, Rafael Edward | | R | 345,506 | 21.58% |
| Kasich, John R. | | R | 310,003 | 19.36% |
| Carson, Benjamin Solomon | | R | 14,842 | 0.93% |
| Rubio, Marco A. | | R | 11,954 | 0.75% |
| Bush, John Ellis | | R | 9,577 | 0.60% |
| Scattered | | W(R) | 6,371 | 0.40% |
| | Total Party Votes: | R | 1,600,846 | |
| | Total State Votes: | | 3,310,645 | |

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# PUERTO RICO
### Republican Primary Election: March 6, 2016
### Democratic Primary Election: June 5, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Clinton, Hillary | | D | 54,839 | 61.49% |
| Sanders, Bernie | | D | 33,958 | 38.07% |
| De La Fuente, "Rocky" Roque | | D | 391 | 0.44% |
| | Total Party Votes: | D | 89,188 | |
| Rubio, Marco | | R | 28,937 | 72.94% |
| Trump, Donald | | R | 5,474 | 13.80% |
| Cruz, Ted | | R | 3,610 | 9.10% |
| Kasich, John R. | | R | 582 | 1.47% |
| Fiorina, Carly | | R | 375 | 0.95% |
| Bush, Jeb | | R | 296 | 0.75% |
| Carson, Ben | | R | 168 | 0.42% |
| Huckabee, Mike | | R | 77 | 0.19% |
| Paul, Rand | | R | 48 | 0.12% |
| Santorum, Rick | | R | 36 | 0.09% |
| Gilmore, James | | R | 30 | 0.08% |
| Christie, Chris | | R | 23 | 0.06% |
| Scattered | | W(R) | 15 | 0.04% |
| | Total Party Votes: | R | 39,671 | |
| | Total Votes: | | 128,859 | |

# RHODE ISLAND
### Primary Election: April 26, 2016

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|
| Sanders, Bernie | | D | 66,993 | 54.71% |
| Clinton, Hillary | | D | 52,749 | 43.08% |
| Uncommitted | | D | 1,662 | 1.36% |
| Scattered | | W(D) | 673 | 0.55% |
| Stewart, Mark | | D | 236 | 0.19% |
| De La Fuente, Roque "Rocky" | | D | 145 | 0.12% |
| | Total Party Votes: | D | 122,458 | |
| Trump, Donald J. | | R | 39,221 | 63.66% |
| Kasich, John R. | | R | 14,963 | 24.29% |
| Cruz, Ted | | R | 6,416 | 10.41% |
| Uncommitted | | R | 417 | 0.68% |
| Rubio, Marco | | R | 382 | 0.62% |
| Scattered | | W(R) | 215 | 0.35% |
| | Total Party Votes: | R | 61,614 | |
| | Total State Votes: | | 184,072 | |

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|

# SOUTH CAROLINA
**Republican Primary Election: February 20, 2016**
**Democratic Primary Election: February 27, 2016**

| | | | | |
|---|---|---|---|---|
| Clinton, Hillary | | D | 272,379 | 73.44% |
| Sanders, Berine | | D | 96,498 | 26.02% |
| Wilson, Willie | | D | 1,314 | 0.35% |
| O'Malley, Martin | | D | 713 | 0.19% |
| | Total Party Votes: | D | 370,904 | |
| Trump, Donald J. | | R | 240,882 | 32.51% |
| Rubio, Marco | | R | 166,565 | 22.48% |
| Cruz, Ted | | R | 165,417 | 22.33% |
| Bush, Jeb | | R | 58,056 | 7.84% |
| Kasich, John R. | | R | 56,410 | 7.61% |
| Carson, Ben | | R | 53,551 | 7.23% |
| | Total Party Votes: | R | 740,881 | |
| | Total State Votes: | | 1,111,785 | |

# SOUTH DAKOTA
**Primary Election: June 7, 2016**

| | | | | |
|---|---|---|---|---|
| Clinton, Hillary | | D | 27,047 | 51.03% |
| Sanders, Bernie | | D | 25,959 | 48.97% |
| | Total Party Votes: | D | 53,006 | |
| Trump, Donald J. | | R | 44,867 | 67.09% |
| Cruz, Ted | | R | 11,352 | 16.97% |
| Kasich, John R. | | R | 10,660 | 15.94% |
| | Total Party Votes: | R | 66,879 | |
| | Total State Votes: | | 119,885 | |

# TENNESSEE
**Primary Election: March 1, 2016**

| | | | | |
|---|---|---|---|---|
| Clinton, Hillary | | D | 245,930 | 66.07% |
| Sanders, Bernie | | D | 120,800 | 32.45% |
| Uncommitted | | D | 3,467 | 0.93% |
| O'Malley, Martin J. | | D | 2,025 | 0.54% |
| | Total Party Votes: | D | 372,222 | |
| Trump, Donald J. | | R | 333,180 | 38.94% |
| Cruz, Ted | | R | 211,471 | 24.71% |
| Rubio, Marco | | R | 181,274 | 21.18% |
| Carson, Ben | | R | 64,951 | 7.59% |
| Kasich, John R. | | R | 45,301 | 5.29% |
| Bush, Jeb | | R | 9,551 | 1.12% |
| Huckabee, Mike | | R | 2,415 | 0.28% |
| Paul, Rand | | R | 2,350 | 0.27% |
| Uncommitted | | R | 1,849 | 0.22% |
| Christie, Chris | | R | 1,256 | 0.15% |
| Fiorina, Carly | | R | 715 | 0.08% |
| Santorum, Rick | | R | 710 | 0.08% |
| Gilmore, Jim | | R | 267 | 0.03% |
| Graham, Lindsey | | R | 253 | 0.03% |
| Pataki, George | | R | 186 | 0.02% |
| | Total Party Votes: | R | 855,729 | |
| | Total State Votes: | | 1,227,951 | |

**2016 PRESIDENTIAL PRIMARY ELECTION RESULTS**

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

# TEXAS
### Primary Election: March 1, 2016

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|
| Clinton, Hillary | D | 936,004 | 65.19% |
| Sanders, Bernie | D | 476,547 | 33.19% |
| De La Fuente, Roque "Rocky" | D | 8,429 | 0.59% |
| O'Malley, Martin J. | D | 5,364 | 0.37% |
| Wilson, Willie L. | D | 3,254 | 0.23% |
| Judd, Keith | D | 2,569 | 0.18% |
| Hawes, Calvis L. | D | 2,017 | 0.14% |
| Locke, Star | D | 1,711 | 0.12% |
| Total Party Votes: | D | 1,435,895 | |
| Cruz, Ted | R | 1,241,118 | 43.76% |
| Trump, Donald J. | R | 758,762 | 26.75% |
| Rubio, Marco | R | 503,055 | 17.74% |
| Kasich, John R. | R | 120,473 | 4.25% |
| Carson, Ben | R | 117,969 | 4.16% |
| Bush, Jeb | R | 35,420 | 1.25% |
| Uncommitted | R | 29,609 | 1.04% |
| Paul, Rand | R | 8,000 | 0.28% |
| Huckabee, Mike | R | 6,226 | 0.22% |
| Gray, Elizabeth | R | 5,449 | 0.19% |
| Christie, Chris | R | 3,448 | 0.12% |
| Fiorina, Carly | R | 3,247 | 0.11% |
| Santorum, Rick | R | 2,006 | 0.07% |
| Graham, Lindsey | R | 1,706 | 0.06% |
| Total Party Votes: | R | 2,836,488 | |
| Total State Votes: | | 4,272,383 | |

# VERMONT
### Primary Election: March 1, 2016

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|
| Sanders, Bernie | D | 115,900 | 85.95% |
| Clinton, Hillary | D | 18,338 | 13.60% |
| O'Malley, Martin J. | D | 282 | 0.21% |
| Scattered | W(D) | 142 | 0.11% |
| De La Fuente, Roque "Rocky" | D | 80 | 0.06% |
| Non Name | W(D) | 37 | 0.03% |
| Trump, Donald | W(D) | 26 | 0.02% |
| Kasick, John | W(D) | 14 | 0.01% |
| Biden, Joseph | W(D) | 7 | 0.01% |
| Steinberg, Jill | W(D) | 7 | 0.01% |
| Bloomberg, Michael | W(D) | 5 | 0.00% |
| Total Party Votes: | D | 134,838 | |
| Trump, Donald J. | R | 19,974 | 32.52% |
| Kasich, John R. | R | 18,534 | 30.17% |
| Rubio, Marco | R | 11,781 | 19.18% |
| Cruz, Ted | R | 5,932 | 9.66% |
| Carson, Ben | R | 2,551 | 4.15% |
| Bush, Jeb | R | 1,106 | 1.80% |
| Paul, Rand | R | 423 | 0.69% |

(Continued on Next Page)

| CANDIDATE NAME | PARTY | # OF VOTES | % |
|---|---|---|---|

## VERMONT (Continued)

| | | | | |
|---|---|---|---|---|
| Christie, Chris | | R | 361 | 0.59% |
| Fiorina, Carly | | R | 212 | 0.35% |
| Sanders, Bernie | | W(R) | 188 | 0.31% |
| Santorum, Rick | | R | 164 | 0.27% |
| Scattered | | W(R) | 146 | 0.24% |
| Bloomberg, Michael | | W(R) | 20 | 0.03% |
| No Name | | W(R) | 20 | 0.03% |
| Romney, Mitt | | W(R) | 11 | 0.02% |
| Clinton, Hillary | | W(R) | 5 | 0.01% |
| | Total Party Votes: | R | 61,428 | |
| | Total State Votes: | | 196,266 | |

## VIRGINIA
### Primary Election: March 1, 2016

| | | | | |
|---|---|---|---|---|
| Clinton, Hillary | | D | 504,417 | 64.28% |
| Sanders, Bernie | | D | 276,370 | 35.22% |
| O'Malley, Martin J. | | D | 3,930 | 0.50% |
| | Total Party Votes: | D | 784,717 | |
| Trump, Donald J. | | R | 356,840 | 34.80% |
| Rubio, Marco | | R | 327,918 | 31.98% |
| Cruz, Ted | | R | 171,150 | 16.69% |
| Kasich, John | | R | 97,784 | 9.54% |
| Carson, Ben | | R | 60,228 | 5.87% |
| Bush, Jeb | | R | 3,645 | 0.36% |
| Paul, Rand | | R | 2,917 | 0.28% |
| Huckabee, Mike | | R | 1,458 | 0.14% |
| Christie, Chris  # | | R | 1,102 | 0.11% |
| Fiorina, Carly  # | | R | 914 | 0.09% |
| Gilmore, Jim | | R | 653 | 0.06% |
| Graham, Lindsey  # | | R | 444 | 0.04% |
| Santorum, Rick  # | | R | 399 | 0.04% |
| | Total Party Votes: | R | 1,025,452 | |

\#  Chris Christie, Carly Fiorina, Lindsey Graham and Rick Santorum withdrew, but their names still appeared on the ballot.

| | | | |
|---|---|---|---|
| | Total State Votes: | 1,810,169 | |

## WASHINGTON
### Primary Election: May 24, 2016

| | | | | |
|---|---|---|---|---|
| Clinton, Hillary | | D | 420,461 | 52.38% |
| Sanders, Bernie | | D | 382,293 | 47.62% |
| | Total Party Votes: | D | 802,754 | |
| Trump, Donald J. | | R | 455,023 | 75.46% |
| Cruz, Ted | | R | 65,172 | 10.81% |
| Kasich, John R. | | R | 58,954 | 9.78% |
| Carson, Ben | | R | 23,849 | 3.96% |
| | Total Party Votes: | R | 602,998 | |
| | Total State Votes: | | 1,405,752 | |

| CANDIDATE NAME | | PARTY | # OF VOTES | % |
|---|---|---|---|---|

## WEST VIRGINIA
### Primary Election: May 10, 2016

| Candidate | | Party | Votes | % |
|---|---|---|---|---|
| Sanders, Bernie | | D | 124,700 | 51.41% |
| Clinton, Hillary | | D | 86,914 | 35.84% |
| Farrell, Paul T., Jr. | | D | 21,694 | 8.94% |
| Judd, Keith | | D | 4,460 | 1.84% |
| O'Malley, Martin J. | | D | 3,796 | 1.57% |
| De La Fuente, Roque Rocky | | D | 975 | 0.40% |
| | Total Party Votes: | D | 242,539 | |
| Trump, Donald J. | | R | 157,238 | 77.05% |
| Cruz, Ted | | R | 18,301 | 8.97% |
| Kasich, John R. | | R | 13,721 | 6.72% |
| Carson, Ben | | R | 4,421 | 2.17% |
| Rubio, Marco | | R | 2,908 | 1.43% |
| Bush, Jeb | | R | 2,305 | 1.13% |
| Paul, Rand | | R | 1,798 | 0.88% |
| Huckabee, Mike | | R | 1,780 | 0.87% |
| Christie, Chris | | R | 727 | 0.36% |
| Fiorina, Carly | | R | 659 | 0.32% |
| Hall, David E. | | R | 203 | 0.10% |
| | Total Party Votes: | R | 204,061 | |
| | Total State Votes: | | 446,600 | |

## WISCONSIN
### Preference Election: April 5, 2016

| Candidate | | Party | Votes | % |
|---|---|---|---|---|
| Sanders, Bernie | | D | 570,192 | 56.59% |
| Clinton, Hillary | | D | 433,739 | 43.05% |
| O'Malley, Martin J. | | D | 1,732 | 0.17% |
| Uninstructed Delegation | | D | 1,488 | 0.15% |
| Scattering | | W(D) | 431 | 0.04% |
| De La Fuente, Roque Rocky | | D | 18 | 0.00% |
| | Total Party Votes: | D | 1,007,600 | |
| Cruz, Ted | | R | 533,079 | 48.20% |
| Trump, Donald J. | | R | 387,295 | 35.02% |
| Kasich, John R. | | R | 155,902 | 14.10% |
| Rubio, Marco | | R | 10,591 | 0.96% |
| Carson, Ben | | R | 5,660 | 0.51% |
| Bush, Jeb | | R | 3,054 | 0.28% |
| Paul, Rand | | R | 2,519 | 0.23% |
| Uninstructed Delegation | | R | 2,281 | 0.21% |
| Huckabee, Mike | | R | 1,424 | 0.13% |
| Scattering | | W(R) | 1,381 | 0.12% |
| Christie, Chris | | R | 1,191 | 0.11% |
| Fiorina, Carly | | R | 772 | 0.07% |
| Santorum, Rick | | R | 511 | 0.05% |
| Gilmore, Jim | | R | 245 | 0.02% |
| Williams, Victor | | W(R) | 39 | 0.00% |
| | Total Party Votes: | R | 1,105,944 | |
| | Total State Votes: | | 2,113,544 | |

Presidential Primary Elections were not held in Alaska, American Samoa, Colorado, Guam, Hawaii, Iowa, Kansas, Maine, Minnesota, Nevada, North Dakota, Northern Mariana Islands, Utah, Virgin Islands, and Wyoming.