# Exhibit B






Status of Bylaws, Constitution and Platform

Reform Party of North Carolina Supports Roque De La Fuente's Lawsuit Over Ballot Access

# The Reform Party Nominates Roque De La Fuente and Returns to Form

For Immediate Release – The Reform Party has chosen Roque "Rocky" De La Fuente as its presidential contender. Between Rocky's campaign and party efforts, Roque De La Fuente and the Reform Party have successful put together approximately twenty five ballot lines, but hope to establish ballot access in up to forty-two states. With this effort, the Reform Party has returned to form and is once again an organized political force.

Roque De La Fuente is a first generation American born at Mercy Hospital in San Diego, California. He was educated in both Mexico and the United States. He obtained Bachelor Degree in Physics and Mathematics. He furthered his education by taking accounting and business classes at Anahuac University near Mexico City and the University of San Diego. He graduated Magna Cum Laude.

Following in his father's footsteps, he became a successful entrepreneur by acquiring twenty eight car dealerships in the United States and Mexico before selling twenty seven of them. He has experience in banking, and also owns commercial properties located in both the United States and Latin America.

Roque De La Fuente decided to run for President when he saw Donald Trump alienate large segments of the population. Formerly running as a Democrat for President, Roque De La Fuente joined the Reform Party because the Democratic Establishment stacked the nomination against him

in favor of Hillary Clinton.

"Roque De La Fuente is a good addition to the Reform Party, and I have no problem backing his campaign," said Reform Party Secretary Nicholas Hensley. "If we can obtain presidential ballot access in forty two states, the Reform Party will return to form, and once again stand proud in opposition to the political establishment".

As the leading moderate, centrist and populist political party, the Reform Party of the United States represents the sixty percent of moderate voters ignored by the Democratic and Republican incumbents. It stands against the special interests, and seeks to end their grasp on American government by electing principled leaders and promoting social change.

For more information about the Reform Party or Roque De La Fuente, it is possible to learn more at www.reformparty.org.

For more information Contact:

Nicholas Hensley

Secretary@reformparty.org

**Share this:**



Nicholas Hensley



**Warning**: in_array() expects parameter 2 to be array, null given in **/home/reformp3/public_html/reformparty.org/wp-content/themes/graphene/inc/plugins.php** on line **89**

**THE GROSS NATIONAL DEBT**

National Debt Clock

CLICK HERE TO LEARN MORE

HELP TO BUILD AMERICA'S PARTY

**Contribute To Reform Today!**

*- Click Here To Find OUt How! -*






Watch the latest
Reform Party Videos
YouTube

Contact Contribute Press Releases

© 2018 Reform Party National Committee.
Made with by Graphene Themes.