# Exhibit C

**FEC FORM 1**

# STATEMENT OF ORGANIZATION

*Office Use Only*

1. **NAME OF COMMITTEE** (in full)   ☐ (Check if name is changed)   Example: If typing, type over the lines.   `12FE4M5`

   **DNC Services Corp./Dem. Nat'l Committee**

   **ADDRESS** (number and street)   ☐ (Check if address is changed)

   430 South Capitol St SE

   Washington   **CITY** ▲   DC   **STATE** ▲   20003   **ZIP CODE** ▲

   **COMMITTEE'S E-MAIL ADDRESS**   ☐ (Check if address is changed)

   marshall@dnc.org

   Optional Second E-Mail Address

   patelm@dnc.org

   **COMMITTEE'S WEB PAGE ADDRESS (URL)**   ☐ (Check if address is changed)

   www.dnc.org

2. **DATE**   M M / D D / Y Y Y Y   09 / 18 / 2015

3. **FEC IDENTIFICATION NUMBER** ▶   C   C00010603

4. **IS THIS STATEMENT**   ☐ NEW (N)   **OR**   ☒ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer   Andrew Tobias

Signature of Treasurer   *Andrew Tobias*   *[Electronically Filed]*   Date   09 / 18 / 2015

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 2 U.S.C. §437g.
ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only

**For further information contact:**
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

**FEC FORM 1**
(Revised 06/2012)

FEC **Form 1** (Revised 02/2009) Page **2**

5. TYPE OF COMMITTEE

   **Candidate Committee:**

   (a) ☐ This committee is a principal campaign committee. (Complete the candidate information below.)

   (b) ☐ This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

   Name of Candidate: _____

   Candidate Party Affiliation: ____  Office Sought: ☐ House  ☐ Senate  ☐ President  State: ____  District: ____

   (c) ☐ This committee supports/opposes only one candidate, and is NOT an authorized committee.

   Name of Candidate: _____

   **Party Committee:**

   (d) ☒ This committee is a  **NAT**  (National, State or subordinate) committee of the  **DEM**  (Democratic, Republican, etc.) Party.

   **Political Action Committee (PAC):**

   (e) ☐ This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

   ☐ Corporation   ☐ Corporation w/o Capital Stock   ☐ Labor Organization
   ☐ Membership Organization   ☐ Trade Association   ☐ Cooperative

   ☐ In addition, this committee is a Lobbyist/Registrant PAC.

   (f) ☐ This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

   ☐ In addition, this committee is a Lobbyist/Registrant PAC.

   ☐ In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

   **Joint Fundraising Representative:**

   (g) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

   (h) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

   Committees Participating in Joint Fundraiser

   1. _____  FEC ID number  C_____
   2. _____  FEC ID number  C_____
   3. _____  FEC ID number  C_____
   4. _____  FEC ID number  C_____

Write or Type Committee Name

**DNC Services Corp./Dem. Nat'l Committee**

6. **Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

Hillary Victory Fund

Mailing Address: PO Box 5256

CITY: New York  STATE: NY  ZIP CODE: 10185

Relationship: ☐ Connected Organization  ☐ Affiliated Committee  ☒ Joint Fundraising Representative  ☐ Leadership PAC Sponsor

7. **Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name: Brad Marshall

Mailing Address: 430 South Capitol Street SE

CITY: Washington  STATE: DC  ZIP CODE: 20003

Title or Position: Assistant Treasurer

Telephone number: 202 – 863 – 8000

8. **Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name of Treasurer: Andrew Tobias

Mailing Address: 430 South Capitol Street SE

CITY: Washington  STATE: DC  ZIP CODE: 20003

Title or Position:

Telephone number:

FEC **Form 1** (Revised 02/2009) Page **4**

Full Name of Designated Agent: Brad Marshall

Mailing Address: 430 South Capitol Street SE

City: Washington    State: DC    ZIP CODE: 20003

Title or Position:

Telephone number:

9. **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.: Amalgamated Bank

Mailing Address: 275 Seventh Ave

City: New York    State: NY    ZIP CODE: 10001

Name of Bank, Depository, etc.:

Mailing Address:

City:    State:    ZIP CODE:

# FORM 1S - STATEMENT OF ORGANIZATION (Supplemental Page)

FEC **Form 1G** (Revised 06/2011)   Page 5

**Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.   **[ ADDITIONAL ]**

Mailing Address

CITY   STATE   ZIP CODE

**[ ADDITIONAL ]**

**Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

Democratic Hope Fund

Mailing Address: 430 South Capitol Street SE

Washington   DC   20003

CITY   STATE   ZIP CODE

Relationship:
- [ ] Connected Organization
- [ ] Affiliated Committee
- [X] Joint Fundraising Representative
- [ ] Leadership PAC Sponsor

**Designated Agent**   **[ ADDITIONAL ]**

Full Name

Mailing Address

Title or Position   CITY   STATE   ZIP CODE

Telephone number

**Joint Fundraiser Participant**   **[ ADDITIONAL ]**

FEC ID number   C