UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROQUE DE LA FUENTE, AND | : | |
| ROCKY 2016 LLC | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   18-0336 (RC) |
| | : | |
| v. | : | |
| | : | |
| DNC SERVICES CORPORATION, AND | : | |
| DEBORAH WASSERMAN SCHULTZ | : | |
| | : | |
| Defendants. | : | |

## ORDER

On June 11, 2018, Defendants filed a Motion to Dismiss Mr. De La Fuente's complaint. *See* ECF No. 6.  Under Local Civil Rule 7(b), if any party fails to file a response to a motion within the time prescribed by the Federal Rules of Civil Procedure and the Local Civil Rules, "the Court may treat the motion as conceded."  *Id.*  In *Fox v. Strickland*, the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  837 F.2d 507 (D.C. Cir. 1988) (per curiam); *see also Neal v. Kelly,* 963 F.2d 453, 456 (D.C. Cir. 1992).  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Fox*, 837 F.2d at 509.

The Court hereby advises Mr. De La Fuente, a *pro se* party, of his obligations under the Federal Rules of Civil Procedure and the Local Civil Rules.  If Mr. De La Fuente fails to submit a memorandum responding to Defendants' Motion to Dismiss within 30 days, the Court may treat the motion as conceded, grant the motion, and dismiss his case.  If Mr. De La Fuente complies with his obligations under the Federal and Local Rules, he is advised that when the

2

Court rules on Defendants' motion, it will take into consideration the facts proffered by Mr. De La Fuente in the complaint, along with his response to Defendants' motion.

Accordingly, it is hereby **ORDERED** that Mr. De La Fuente shall respond to Defendants' Motion to Dismiss on or before **July 12, 2018**. If Mr. De La Fuente neither responds nor moves for an extension of time by that date, the Court may treat the motion as conceded and dismiss his complaint.

**SO ORDERED.**

Dated:  June 12, 2018                                                                          RUDOLPH CONTRERAS
                                                                                                            United States District Judge