IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE AND<br>5440 Morehouse Drive<br>Suite 4000<br>San Diego, CA 92121<br><br>ROCKY 2016 LLC<br>5440 Morehouse Drive<br>Suite 4000<br>San Diego, CA 92121<br><br>v.<br><br>DNC SERVICES CORPORATION, d/b/a<br>d/b/a DEMOCRATIC NATIONAL<br>COMMITTEE,<br>AND<br>430 South Capitol Street, S.E.<br>Washington, D.C. 20004<br><br>DEBORAH WASSERMAN SCHULTZ<br>1114 Longworth House Office Building<br>Washington D.C. 20515 | Case: 1:18-cv-00336 Jury Demand<br>Assigned To: Contreras, Rudolph<br>Assign: Date 2/20/2018<br>Description: Pro Se Gen. Civil (F Deck)<br><br>**Plaintiff's Response to**<br>**Order to Show Cause**<br><br><br>**JURY TRIAL**<br>**DEMANDED** |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff's complaint cannot be properly dismissed because service of the complaint and summons was completed on all defendants within the 90 day time period required under the Federal Rules of Civil Procedure. In fact, Plaintiff caused a Certificate of Service evincing that both the summons and complaint were served on both defendants to be filed with the Clerk of this Court on the morning of Monday, May 21, 2018. *See* Exhibit A and Exhibit B attached hereto.

1

RECEIVED

JUN 18 2018

Clerk, U.S. District and
Bankruptcy Courts

As this Court is well aware, Rule 6(a) of the Federal Rules of Civil Procedure provides that:

> The following rules apply in computing any time period specified in these rules, in any local rule or court order, or in any statute that does not specify a method of computing time.
> (1) *Period Stated in Days or a Longer Unit.* When the period is stated in days or a longer unit of time:
>     (A) exclude the day of the event that triggers the period;
>     (B) count every day, including intermediate Saturdays, Sundays, and legal holidays; and
>     (C) include the ast day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday or legal holiday.

As shown in detail on Exhibit C, attached hereto, Plaintiff had until the close of business on Monday, May 21, 2018 to effect service of the summons and complaint on all defendants. That is exactly what was accomplished. In addition to effecting service on all defendants within the time period permitted under the Rules, Plaintiff caused to be served the attached Certificates of Service with the Clerk of this Court within the 90 day time period. The fact that the Clerk took an entire day to enter the timely filed Certificates of Service onto the Docket is a mystery to Plaintiff, but in no way provides a legitimate excuse for this Court to dismiss Plaintiff's complaint.

Furthermore, even if this Court somehow wants to impose some notion that the summons and complaint needed to be served on the day before the close of the 90 day time period, that 89th day would have fallen on a Sunday, which, under

Rule 6(a)(C) extends the period to the close of business of Monday, May 21, 2018 when service on all defendants was completed and the Certificates of Service were filed with the Clerk of this Court.

Dated:  June 14, 2018

Respectfully submitted,

Roque "Rocky" De La Fuente
5440 Morehouse Drive
Suite 4000
San Diego, CA  92121

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROQUE "ROCKY" DE LA FUENTE  AND
5440 Morehouse Drive
Suite 4000
San Diego, CA  92121

ROCKY 2016 LLC
5440 Morehouse Drive
Suite 4000
San Diego, CA  92121

v.

DNC SERVICES CORPORATION, d/b/a
d/b/a DEMOCRATIC NATIONAL
COMMITTEE,
AND
430 South Capitol Street, S.E.
Washington, D.C. 20004

DEBORAH WASSERMAN SCHULTZ
1114 Longworth House Office Building
Washington D.C.  20515

Case: 1:18-cv-00336  Jury Demand
Assigned To: Contreras, Rudolph
Assign: Date 2/20/2018
Description: Pro Se Gen. Civil (F Deck)

**JURY TRIAL
DEMANDED**

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on May 21, 2018, Paul A. Rossi, Esq., served two (2) true and correct copies of the complaint filed with this Court on February 20, 2018 and the summons issued by this Court upon Defendant DNC SERVICES CORPORATION d/b/a DEMOCRATIC NATIONAL COMMITTEE at 430 South Capitol Street, S.E. Washington D.C. 20004.

Dated: May 21, 2018

Roque "Rocky" De La Fuente
Plaintiff acting pro se

RECEIVED
MAY 21 2018
Clerk, U.S. District and
Bankruptcy Courts

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROQUE "ROCKY" DE LA FUENTE  AND
5440 Morehouse Drive
Suite 4000
San Diego, CA  92121

ROCKY 2016 LLC
5440 Morehouse Drive
Suite 4000
San Diego, CA  92121

v.

DNC SERVICES CORPORATION, d/b/a
d/b/a DEMOCRATIC NATIONAL
COMMITTEE,
AND
430 South Capitol Street, S.E.
Washington, D.C. 20004

DEBORAH WASSERMAN SCHULTZ
1114 Longworth House Office Building
Washington  D.C.  20515

Case: 1:18-cv-00336  Jury Demand
Assigned To: Contreras, Rudolph
Assign: Date 2/20/2018
Description: Pro Se Gen. Civil (F Deck)

**JURY TRIAL
DEMANDED**

### CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on May 21, 2018, he caused Paul A. Rossi,

Esq., to serve two (2) true and correct copies of the complaint filed with this Court

on February 20, 2018 and the summons issued by this Court upon Defendant

DEBORAH WASSERMAN SCHULTZ at 1114 Longworth Office Building,

Washington  D.C.  20515.

Dated:  May 21, 2018

Roque "Rocky" De La Fuente
Plaintiff acting *pro se*

RECEIVED
MAY 21 2018
Clerk, U.S. District and
Bankruptcy Courts

# EXHIBIT C

| | | | | | |
|---|---|---|---|---|---|
| FEBRUARY 20 | FILED | APRIL 1 | DAY #40 | MAY 11 | DAY #80 |
| FEBRUARY 21 | DAY #1 | APRIL 2 | DAY #41 | MAY 12 | DAY #81 |
| FEBRUARY 22 | DAY #2 | APRIL 3 | DAY #42 | MAY 13 | DAY #82 |
| FEBRUARY 23 | DAY #3 | APRIL 4 | DAY #43 | MAY 14 | DAY #83 |
| FEBRUARY 24 | DAY #4 | APRIL 5 | DAY #44 | MAY 15 | DAY #84 |
| FEBRUARY 25 | DAY #5 | APRIL 6 | DAY #45 | MAY 16 | DAY #85 |
| FEBRUARY 26 | DAY #6 | APRIL 7 | DAY #46 | MAY 17 | DAY #86 |
| FEBRUARY 27 | DAY #7 | APRIL 8 | DAY #47 | MAY 18 | DAY #87 |
| FEBRUARY 28 | DAY #8 | APRIL 9 | DAY #48 | MAY 19 | DAY #88 (Saturday) |
| MARCH 1 | DAY #9 | APRIL 10 | DAY #49 | MAY 20 | DAY #89 (Sunday) |
| MARCH 2 | DAY #10 | APRIL 11 | DAY #50 | MAY 21 | DAY #90 (Monday) |
| MARCH 3 | DAY #11 | APRIL 12 | DAY #51 | | |
| MARCH 4 | DAY #12 | APRIL 13 | DAY #52 | | |
| MARCH 5 | DAY #13 | APRIL 14 | DAY #53 | | |
| MARCH 6 | DAY #14 | APRIL 15 | DAY #54 | | |
| MARCH 7 | DAY #15 | APRIL 16 | DAY #55 | | |
| MARCH 8 | DAY #16 | APRIL 17 | DAY #56 | | |
| MARCH 9 | DAY #17 | APRIL 18 | DAY #57 | | |
| MARCH 10 | DAY #18 | APRIL 19 | DAY #58 | | |
| MARCH 11 | DAY #19 | APRIL 20 | DAY #59 | | |
| MARCH 12 | DAY #20 | APRIL 21 | DAY #60 | | |
| MARCH 13 | DAY #21 | APRIL 22 | DAY #61 | | |
| MARCH 14 | DAY #22 | APRIL 23 | DAY #62 | | |
| MARCH 15 | DAY #23 | APRIL 24 | DAY #63 | | |
| MARCH 16 | DAY #24 | APRIL 25 | DAY #64 | | |
| MARCH 17 | DAY #25 | APRIL 26 | DAY #65 | | |
| MARCH 18 | DAY #26 | APRIL 27 | DAY #66 | | |
| MARCH 19 | DAY #27 | APRIL 28 | DAY #67 | | |
| MARCH 20 | DAY #28 | APRIL 29 | DAY #68 | | |
| MARCH 21 | DAY #29 | APRIL 30 | DAY #69 | | |
| MARCH 22 | DAY #30 | MAY 1 | DAY #70 | | |
| MARCH 23 | DAY #31 | MAY 2 | DAY #71 | | |
| MARCH 24 | DAY #32 | MAY 3 | DAY #72 | | |
| MARCH 25 | DAY #33 | MAY 4 | DAY #73 | | |
| MARCH 26 | DAY #34 | MAY 5 | DAY #74 | | |
| MARCH 27 | DAY #35 | MAY 6 | DAY #75 | | |
| MARCH 28 | DAY #36 | MAY 7 | DAY #76 | | |
| MARCH 29 | DAY #37 | MAY 8 | DAY #77 | | |
| MARCH 30 | DAY #38 | MAY 9 | DAY #78 | | |
| MARCH 31 | DAY #39 | MAY 10 | DAY #79 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROQUE "ROCKY" DE LA FUENTE AND
5440 Morehouse Drive
Suite 4000
San Diego, CA 92121

ROCKY 2016 LLC
5440 Morehouse Drive
Suite 4000
San Diego, CA 92121

v.

DNC SERVICES CORPORATION, d/b/a
d/b/a DEMOCRATIC NATIONAL
COMMITTEE,
AND
430 South Capitol Street, S.E.
Washington, D.C. 20004

DEBORAH WASSERMAN SCHULTZ
1114 Longworth House Office Building
Washington D.C. 20515

Case: 1:18-cv-00336  Jury Demand
Assigned To: Contreras, Rudolph
Assign: Date 2/20/2018
Description: Pro Se Gen. Civil (F Deck)

**Plaintiff's Response to**
**Order to Show Cause**
**Certificate of Service**

**JURY TRIAL**
**DEMANDED**

## CERTIFICATE OF SERVICE

On this date, the undersigned Plaintiff here by certifies that he caused a true and correct copy of the foregoing "Plaintiff's Response to Order to Show Cause" on Defendant's counsel of record via USPS First Class mail at the following address:

Marc Erik Elias
PERKIN COIE LLP
700 13th Street, NW
Washington, DC 20005

1