# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ROQUE "ROCKY" DE LA FUENTE and ROCKY 2016 LLC, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 18-336 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 6, 14 |
| | : | | |
| DNC SERVICES CORPORATION and DEBORAH WASSERMAN SCHULTZ, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING DEFENDANTS' MOTION TO DISMISS; DENYING PLAINTIFFS' MOTION TO CONSOLIDATE

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Defendants' motion to dismiss (ECF No. 6) is **GRANTED**, and Mr. De La Fuente's Motion to Consolidate (ECF No. 14) is **DENIED**.  It is **FURTHER ORDERED** that Mr. De La Fuente's complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.


Dated:  April 23, 2019                                          RUDOLPH CONTRERAS
                                                                                                  United States District Judge