# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROQUE "ROCKY" DE LA FUENTE, and ROCKY 2016 LLC, | : : : | |
| Plaintiffs, | : : | Civil Action No.:   18-336 (RC) |
| v. | : : | Re Document No.:   22 |
| DNC SERVICES CORPORATION, and DEBORAH WASSERMAN SCHULTZ | : : : | |
| Defendants. | : | |

## ORDER

### DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiff's motion to alter or amend judgment (ECF No. 22) is **DENIED**.  It is **FURTHER ORDERED** that Plaintiff shall have 30 days to seek leave to amend his Complaint under Federal Rule of Civil Procedure Rule 15.

**SO ORDERED**.


Dated:  August 2, 2019                                              RUDOLPH CONTRERAS
                                                                                      United States District Judge